# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3494

_____

United States of America

*Plaintiff - Appellee*

v.

Channing Tyler Williams

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: July 15, 2024
Filed: July 19, 2024
[Unpublished]

_____

Before KELLY, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

After pleading guilty to a firearms charge, Channing Williams received a 120-month prison sentence. *See* 18 U.S.C. § 922(g)(1). An *Anders* brief suggests the sentence is procedurally and substantively flawed. *See Anders v. California*, 386 U.S. 738 (1967).

We conclude otherwise. The district court[1] correctly determined that Williams's prior conviction for exhibiting a lethal weapon, *see* Mo. Rev. Stat. § 571.030.1(4), was a crime of violence. *See United States v. Larry*, 51 F.4th 290, 291–92 (8th Cir. 2022); *see also* U.S.S.G. § 2K2.1(a)(1). It then calculated the advisory range, selected a sentence, and explained its reasoning. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing the reasonableness of a sentence for an abuse of discretion). In doing so, the court sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. McDaniels*, 19 F.4th 1065, 1067 (8th Cir. 2021) (per curiam) (explaining that the district court has "wide latitude to weigh the relevant sentencing factors" and "weighing [them] differently than a defendant would have preferred does not alone justify reversal" (citation omitted)).

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.